# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D18-2323

—————————————————

ALAN L. HAMILTON,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

—————————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


September 25, 2018


PER CURIAM.

    DISMISSED. *See* Fla. R. App. P. 9.141(d)(5).

ROBERTS, RAY, and WINSOR, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Alan L. Hamilton, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.